PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAHEEM DUSHAD LEE,<br><br>Defendant. | 2:17-po-00172-KJN<br><br>STIPULATION AND ORDER TO SET ARRAIGNMENT AND CONTINUE BENCH TRIAL<br><br>DATE: April 17, 2017<br>TIME:    9:00 a.m.<br>COURT: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Bench Trial on April 17, 2017.

2. By this stipulation, the parties jointly request that the Court continue the Bench Trial to July 24, 2017, at 9:00 a.m.

3. The defendant has not yet been arraigned on the Information filed on March 30, 2017. Accordingly, the parties request that the Court set the matter for an arraignment immediately before the Bench Trial on July 24, 2017.

///

///

///

STIPULATION RE: CONT. BENCH TRIAL                                        1

IT IS SO STIPULATED.

Dated:  April 14, 2017
                                      PHILLIP A. TALBERT
                                      United States Attorney

                                        /s/ *Robert J. Artuz*
                                        ROBERT J. ARTUZ
                                        Special Assistant U. S. Attorney

Dated:  April 14, 2017
                                        /s/ *Linda C. Allison*
                                        LINDA C. ALLISON
                                        Counsel for Defendant
                                        RAHEEM DUSHAD LEE

                                        /s/ *Stephen M. Avis*
                                        STEPHEN M. AVIS
                                        Certified Law Student
                                        Counsel for Defendant
                                        RAHEEM DUSHAD LEE

                                        (*Approved via email on 4/14/2017*)

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of April, 2017.

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE