# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | Case Number: **2:17PO00172-1** |
| **RAHEEM D LEE** | Defendant's Attorney: Linda C. Allison, Assistant Federal Defender |

**THE DEFENDANT:**
[ ] pleaded guilty to count(s) ___ .
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[✓] was found guilty on counts  1 and 2  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

    The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count  2  is stayed by the Court.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[✓] Appeal rights given.     [ ] Appeal rights waived.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

8/23/2017
Date of Imposition of Judgment

*/s/ Kendall J. Newman*
Signature of Judicial Officer
**Kendall J. Newman**, United States Magistrate Judge
Name & Title of Judicial Officer
8/30/2017
Date

# PROBATION

The defendant is hereby sentenced to court probation for a term of :
1 year.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office with the following exception: The defendant shall be monitored for a period of 14 consecutive days of supervised home confinement to be completed within the first 6 months of probation, either electronic monitoring or telephone monitoring, to be determined by the probation department, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon their ability to pay as directed by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:
   a. The defendant shall be restricted to his residence at all times except for medication necessities and court appearances or other activities specifically approved by the court. Defendant is allowed to take his daughter to and from school or to attend medical appointments, otherwise he is to be at home. (Home Incarceration)

2. The Defendant is ordered to obey all federal, state, and local laws.

3. The Defendant shall notify the U.S. Attorneys Office within 10 days of any change of address and contact number and with 72 hours of being arrested.

4. The Defendant shall pay a fine of $300, to be paid within 30 days, and a special assessment of $10 to be paid 8/23/2017 for a total financial obligation of $310. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CENTRAL VIOLATIONS BUREAU
   PO BOX 71363
   Philadelphia, PA 19176-1363
   1-800-827-2982

5. The defendant is not allowed to operate a motor vehicle unless he has a valid drivers license, registration and insurance and is in compliance with any restrictions on the license.

6. 80 hours of community services, approved in advance by the U.S. Attorneys Office, half to be completed within the first six months of probation.