HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700 Fax: 916-498-5710
Linda.allison@fd.org

Attorneys for Defendant
RAHEEM D. LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00160-MCE-KJN |
| Plaintiff/Appellee, | STIPULATION AND ORDER TO SCHEDULE BRIEFING AND HEARING |
| v. | Date: November 9, 2017 |
| RAHEEM D. LEE | Time: 10:00 a.m. |
| Defendant/Appellant. | Judge: Hon. Morrison England Jr. |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ROBERT ARTUZ and Chief Assistant Federal Defender LINDA C. ALLISON attorney for RAHEEM D. LEE that the Court vacate the oral argument hearing set for November 9, 2017 and reschedule the hearing for December 7, 2017 at 10:00 a.m.

/////

/////

/////

/////

-1-

The parties propose and ask the Court to adopt the following amended schedule for briefing and hearing on Mr. Lopez's appeal.

| | |
|---|---|
| Opening brief due | October 23, 2017 |
| Responsive brief due | November 13, 2017 |
| Reply due | November 27, 2017 |
| Oral argument | December 7, 2017 |

DATED: September 29, 2017   Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s/Linda Allison
LINDA ALLISON
Chief Assistant to the Federal Defender
Attorneys for Defendant
RAHEEM D. LEE.

Dated: September 29, 2017   PHILLIP A. TALBERT
United States Attorney

*/s/ Linda C. Allison for*
Robert Artuz
Assistant United States Attorney

# **O R D E R**

IT IS SO ORDERED.

Dated: October 5, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE