HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710
Linda.allison@fd.org

Attorneys for Defendant
RAHEEM D. LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00160-MCE-KJN |
|---|---|
| Plaintiff/Appellee, | ) STIPULATION AND ORDER TO REVISE ) BRIEFING SCHEDULE |
| v. | ) |
| RAHEEM D. LEE | ) Date:  December 7, 2017 ) Time:  10:00 a.m. |
| Defendant/Appellant. | ) Judge: Hon. Morrison England Jr. ) ) |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ROBERT ARTUZ and Assistant Federal Defender LINDA C. ALLISON attorney for RAHEEM D. LEE that the Court continue the opening brief filing deadline from October 23, 2017 to October 30, 2017.

/////

/////

/////

/////

/////

-1-

The parties propose the court adopts the following amended briefing schedule.

    Opening brief due                October 30, 2017

    Responsive brief due           November 20, 2017

    Reply due                           November 27, 2017

    Oral argument                    December 7, 2017

DATED: October 20, 2017                Respectfully submitted,

                                                HEATHER WILLIAMS
                                                Federal Defender

                                                /s/Linda Allison
                                                LINDA ALLISON
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                RAHEEM D. LEE

DATED: October 20, 2017                PHILLIP A. TALBERT
                                                United States Attorney

                                                */s/*Robert Artuz
                                                ROBERT ARTUZ
                                                Special Assistant United States Attorney

**ORDER**

Good cause having been shown, and pursuant to the stipulation of the parties,

1. The current opening brief filing deadline is continued to October 30, 2017;
2. The following briefing schedule shall be set:

   | | |
   |---|---|
   | Appellant's Opening brief due | October 30, 2017 |
   | Appellee's Responsive brief due | November 20, 2017 |

3. Appellant's Reply will remain due on November 27 and Oral argument on December 7, 2017.

IT IS SO ORDERED.

Dated: October 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE