HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710
Linda.allison@fd.org

Attorneys for Defendant
RAHEEM D. LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00160-MCE-KJN |
| Plaintiff/Appellee, | STIPULATION AND ORDER TO SCHEDULE ORAL ARGUMENT HEARING |
| v. | Date: December 14, 2017 |
| RAHEEM D. LEE | Time: 10:00 a.m. |
| Defendant/Appellant. | Judge: Hon. Morrison England Jr. |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ROBERT ARTUZ and Chief Assistant Federal Defender LINDA C. ALLISON attorney for RAHEEM D. LEE that the Court vacate the oral argument hearing set for December 14, 2017 and reschedule the hearing for January 4th, 2018 at 10:00 a.m.

///

///

///

///

-1-

Mr. Raheem Lee has consented to, and been notified of, the proposed change of dates.

DATED: December 11, 2017

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s/Linda Allison
LINDA ALLISON
Assistant Federal Defender
Attorneys for Defendant
RAHEEM D. LEE.

Dated: December 11, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Linda C. Allison for
Robert Artuz
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: January 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE