

**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California 95814-2510
(916) 498.5700   FAX (916) 498.5710

**HEATHER E. WILLIAMS**
Federal Defender

**BENJAMIN D. GALLOWAY**
Chief Assistant Defender

# memorandum

**FILED**

JAN - 4 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Date:      January 3, 2018

To:        Honorable Morrison C. England Jr.
           United States District Court Judge

From:      Linda C. Allison, Assistant Federal Defender

Subject:   *United States v. Lee*
           2:17-cr-00160-MCE-KJN

---

Your Honor, I am requesting that certified law clerks Tanairi Alcaraz and Keegan Doheney be allowed to appear on behalf of Mr. Lee at oral arguments on January 4, 2018 at 10:00 a.m.

Tanairi Alcaraz and Keegan Doheney are certified law clerks who have been admitted to practice in this district pursuant to Local Rule 181. They are under my direct supervision. I have worked with them on the brief and will directly supervise the oral argument on appeal.

Raheem D. Lee has signed a consent form pursuant to Local Rule 181 to allow Ms. Alcaraz and Mr. Doheney to represent Mr. Lee in all future proceedings in this court. The next scheduled proceeding is the oral argument on the appeal set for January 4, 2018 at 10:00 a.m.

If the court so approves, a signed copy of this document will be maintained in the defendant's file.

✓ Approved

____ Not Approved

DATED: January 4, 2018

_____
MORRISON C. ENGLAND JR.
United States District Court Judge